# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 599 WAL 2014
                                                      :
                        Respondent    :
                                                      : Petition for Allowance of Appeal from the
                                                      : Order of the Superior Court
            v.                              :
                                                      :
                                                      :
                                                      :
TRAVIS JOHNSON,                   :
                                                      :
                        Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.